In the Matter of HERMAN M. ALBERT, Respondent, against PAUL J. KERN et al., Constituting the Municipal Civil Service Commission of the City of New York et al., Appellants.

Argued December 10, 1941; decided December 10, 1941.

William C. Chanler, Corporation Counsel (William S. Gaud, Jr., Seymour B. Quel and Stanley Buchsbaum of counsel), for appellants.

Sidney Sugarman and Fred S. Weitzner for respondent.

Order of Appellate Division reversed and that of Special Term affirmed, without costs, on the authority of Burke v. Kern (287 N. Y. 203). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS and DESMOND, JJ. Dissenting: RIPPEY and CONWAY, JJ.